USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/9/2025__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPENCER T. CRUMBSIE

                    Plaintiff,

-against-

OFFICER WARTHWOOD et al.,

                    Defendants.

25-CV-0229 (NSR)

SUPPLEMENTAL ORDER OF SERVICE

---

NELSON S. ROMÁN, United States District Judge:

      Plaintiff, who is currently incarcerated and proceeding *pro se*, brings this action under 42 U.S.C. §§ 1983 alleging that Defendants, three correction officers at Elmira Correctional Facility, violated his constitutional rights. By order dated February 6, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] Because Plaintiff has been granted permission to proceed IFP, Plaintiff is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); see also 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

## DISCUSSION

      On January 3, 2025, Plaintiff filed a Complaint against Officer Warthwood, Officer John Doe No. 1, and Officer John Doe No. 2 (ECF No. 1). On August 12, 2025, Officer Warthwood was personally served with Plaintiff's Summons and Complaint. On March 20, 2025, Plaintiff filed, but did not serve, an Amended Complaint identifying Officer John Doe No. 1 as Officer Lambert

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

and John Doe No. 2 as Officer Barbereiri (ECF No. 12). On September 2, 2025, Defendants notified the Court in writing that the correct name of Officer Warthwood is Officer Jason Wharwood and that Officer John Doe No. 3 is Officer Joseph Barbieri. To allow Plaintiff to effect service on Defendants through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendants, noting the updated names and addresses. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants. If the Amended Complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

## CONCLUSION

The Clerk of Court is directed to correct Defendant Officer Warthwood as Officer Jason Wharwood.

The Clerk of Court is instructed to issue summonses for Defendants Correction Officer Jason Wharwood, Correction Officer Joseph Barbieri, and Correction Officer Lambert, complete the USM-285 form with the address for Defendants, and deliver all documents necessary to effect service to the U.S. Marshals Service.

The Clerk of Court is further directed to mail a copy of this Order to Plaintiff and show service on the docket.

Local Civil Rule 33.2 applies to this action.

SO ORDERED.

Dated: September 9, 2025
       White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. Correction Officer Jason Wharwood
   Elmira Correction Facility
   1879 Davis Street
   P.O. Box 500
   Elmira, New York 14901

2. Correction Officer Lambert
   Elmira Correction Facility
   1879 Davis Street
   P.O. Box. 500
   Elmira, New York 14901

3. Correction Officer Joseph Barbieri
   Elmira Correction Facility
   1879 Davis Street
   P.O. Box 500
   Elmira, New York 14901