USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___12/29/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SPENCER T. CRUMBSIE,

                              Plaintiff,

          -against-                                              7:25-CV-0229 (NSR)

CORRECTION OFFICER WHARWOOD,                                     ORDER OF SERVICE
ET AL.,

                              Defendants.

NELSON S. ROMÁN, United States District Judge:

Plaintiff Spencer T. Crumbsie brings this action *pro se* asserting claims of federal constitutional violations pursuant to 42 U.S.C. § 1983. He filed his complaint while he was incarcerated in the Elmira Correctional Facility. Plaintiff seeks damages and sues: (1) Correction Officer Jason Wharwood; (2) Correction Officer Joseph Barbieri, and (3) Correction Officer Christopher Lambert. (*See* Am. Compl., ECF No. 12.)

By order dated February 6, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1] On March 10, 2025, The Court directed service on Wharwood, directed Wharwood to comply with Local Civil Rule 33.2, and directed the Westchester County Attorney to provide to Plaintiff and to the Court the full identities, service addresses, and badge numbers of the other two Officer Defendants who were at the time unidentified "John Does", per *Valentin*. (ECF No. 9.) On September 9, 2025, after the "John Doe" Defendants had been identified by the Westchester County Attorney, the Court issued a supplemental order of service for the two newly identified defendants (Officers

---

[1] Prisoners are not exempt from paying the full filing fee, even when they have been granted permission to proceed IFP. *See* 28 U.S.C. § 1915(b)(1).

Barbieri and Lambert). (ECF No. 26.) On September 10, 2025, a summons was issued for Defendants Wharwood, Barbieri, and Lambert. By way of a letter received on September 26, 2025, *pro se* Plaintiff informed the Court that the service addresses for the three named Defendants was incorrect. (ECF No. 29.) On October 9, 2025, all three summonses were returned unexecuted. On October 14, 2025, the Court directed the Westchester County Attorney to confirm the service addresses of the named Defendants. (ECF No. 33.) On December 23, 2025, the Westchester County Attorney confirmed to the Court that the correct service address of Defendants Correction Officer Jason Wharwood, Officer Joseph Barbieri, and Officer Christopher Lambert is: Westchester County Jail, 10 Woods Road, Valhalla New York, 10595. (ECF No. 35.)

## DISCUSSION

### A.    Service on Defendants Wharwood, Barbieri, and Lambert

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Wharwood, Barbieri, and Lambert through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for Wharwood, Barbieri, and Lambert. The Clerk of Court is further instructed to issue a summons for Wharwood, Barbieri, and Lambert and to deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the initial complaint at ECF No. 1 and the Amended Complaint at ECF No.12 upon Wharwood, Barbieri, and Lambert.

If a summons and the complaint is not served upon Warthwood within 90 days after the date that a summons for that defendant is issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss this action if Plaintiff fails to do so.

## A.      Local Civil Rule 33.2

Local Civil Rule 33.2, which requires particular defendants in certain types of prisoner actions to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the date of service of a summons and the complaint, Wharwood, Barbieri, and Lambert must serve responses to those standard discovery requests. In their responses, Wharwood, Barbieri, and Lambert must quote each request verbatim.[2]

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to pro se Plaintiff. The Court also directs service on Defendants Wharwood, Barbieri, and Lambert.

The Court further directs the Clerk of Court to: (1) issue a summons for Wharwood, Barbieri, and Lambert; (2) complete a USM-285 form with the service address for Wharwood, Barbieri, and Lambert; and (3) deliver all documents necessary to effect service of a summons and the Complaint (ECF No. 1) and Amended Complaint (ECF No. 12) on Wharwood, Barbieri,

---

[2] If Plaintiff would like copies of those discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the court's Pro Se Intake Unit.

and Lambert to the USMS.

The Court additionally directs Wharwood, Barbieri, and Lambert to comply with Local Civil Rule 33.2 within 120 days of the date of service of a summons and the complaints.

The Court directs the Clerk of Court to mail a copy of this Order and a copy of the Amended Complaint (ECF No. 12) to the Westchester County Attorney, at the Westchester County Law Department, Michaelian Office Building, Suite 600, 148 Martine Avenue, White Plains, New York 10601.

Finally, pro se Plaintiff informed the Court of a change of address. (ECF No. 34.) The Court directs the Clerk of Court to update pro se Plaintiff's address on the docket to: 7 Weber Drive, Apt. G-A, Port Chester, New York 10573 and to mail a copy of this Order to pro se Plaintiff at the updated address.

SO ORDERED.

Dated: December 29, 2025
White Plains, New York

_____
NELSON S. ROMAN
United States District Judge, S.D.N.Y.

**DEFENDANTS AND SERVICE ADDRESSES**

1.  Correction Officer Jason Wharwood
    Westchester County Jail
    10 Woods Road
    Valhalla, New York 10592

2.  Correction Officer Lambert
    Westchester County Jail
    10 Woods Road
    Valhalla, New York 10592

3.  Correction Officer Joseph Barbieri
    Westchester County Jail
    10 Woods Road
    Valhalla, New York 10592